RECEIVED
IN MONROE, LA
AUG 1 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| DAWSON FARMS, L.L.C. | CIVIL ACTION 3-05-0379 |
| VERSUS | U.S. DISTRICT JUDGE ROBERT G. JAMES |
| FARM SERVICE AGENCY, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Dismiss, **Doc. #16**, is GRANTED.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 16 day of August, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE